

# Fourth Court of Appeals
## San Antonio, Texas

January 30, 2023

No. 04-22-00020-CV

**WHATABURGER RESTAURANTS LLC** and Crystal Krueger,
Appellants

v.

Sadok **FERCHICHI** and Martina Coronado,
Appellees

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2020CI15548
Honorable Cathleen M. Stryker, Judge Presiding

# O R D E R

Appellees' Second Unopposed Motion for Extension of Time to File Appellees' Motion for Rehearing and Motion for Rehearing En Banc Reconsideration is GRANTED.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of January, 2023.

_____
MICHAEL A. CRUZ, Clerk of Court